AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

JIMMIE LEWIS
_____
Plaintiff

v.

HELEN HANLON, ET AL.
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**   238

CASE NUMBER:

I, JIMMIE LEWIS _____ declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant    ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

**FILED
APR 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE**

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration  D.C.C, 1181 PADDOCK RD, SMYRNA DE, 19977

   **Inmate Identification Number (Required):** 506622 - (SBI #)

   Are you employed at the institution?  NO   Do you receive any payment from the institution?  NO

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.   D/A

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   11/14/2002  $245.00 BI-WK - DOWNTOWN SANITATION, 215 RAYMOND BLVD, NWK, NJ 07102

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends             ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☑ No
   d. Disability or workers compensation payments      ☐ Yes    ☑ No
   e. Gifts or inheritances                            ☑ Yes    ☐ No
   f. Any other sources                                ☑ Yes    ☐ No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   MONEY ORDER FROM PARENTS
   MONTHLY $35.00

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  • • Yes  ✓ • No

   If "Yes" state the total amount $ — 30.72

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   • • Yes  ✓ • No

   If "Yes" describe the property and state its value.

   D/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

   D/A

I declare under penalty of perjury that the above information is true and correct.

3/20/06
DATE

Jimmie Lewis
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Jimmie Lewis_  SBI#: _506632_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _March 22, 2006_

238

---

Attached are copies of your inmate account statement for the months of _September 2005_ to _February 28, 2006_.

The following indicates the average daily balances.

FILED
APR 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 45.44 |
| Oct | 21.98 |
| Nov | 30.68 |
| Dec | 67.15 |
| Jan | 32.77 |
| Feb | 32.05 |

Average daily balances/6 months: _38.45_

Attachments
CC: File

_Stacy Shane_
3/22/06

_[notary signature]_
my commission expires
6-17-06

# Individual Statement

## For Month of September 2005

Date Printed: 3/21/2006                                        Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | Beg Mth Balance: | $72.03 |
| Current Location: | SU/1 | | Comments: | QOL3 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($5.85) | $72.03 | 153047 | | DST/POSTAGE | |
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($0.37) | $72.03 | 153074 | | DST/POSTAGE | |
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($0.37) | $72.03 | 153078 | | DST/POSTAGE | |
| Canteen | 9/6/2005 | ($14.66) | $0.00 | $0.00 | $57.37 | 154175 | | | |
| Legal | 9/7/2005 | $0.00 | $0.00 | ($18.00) | $57.37 | 154686 | | 8/2005 | |
| Supplies-MailP | 9/9/2005 | ($4.75) | $0.00 | $0.00 | $52.62 | 155725 | | POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($0.37) | $0.00 | $0.00 | $52.25 | 155928 | | DST/POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($0.37) | $0.00 | $0.00 | $51.88 | 155931 | | DST/POSTAGE | |
| Legal | 9/9/2005 | ($18.00) | $0.00 | $0.00 | $33.88 | 155955 | | 8/2005 | |
| Supplies-MailP | 9/9/2005 | ($5.85) | $0.00 | $0.00 | $28.03 | 155982 | | DST/POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($4.75) | $28.03 | 156172 | | POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.60) | $28.03 | 156174 | | POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.60) | $28.03 | 156177 | | POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.37) | $28.03 | 156304 | | POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.37) | $28.03 | 156305 | | POSTAGE | |
| Mail | 9/14/2005 | $30.00 | $0.00 | $0.00 | $58.03 | 157893 | 8981104443 | | M LEWIS |
| Pay-To | 9/14/2005 | ($3.00) | $0.00 | $0.00 | $55.03 | 157949 | | MERLOT ENT | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($0.37) | $55.03 | 158533 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($0.37) | $55.03 | 158534 | | POSTAGE | |
| Canteen | 9/20/2005 | ($14.98) | $0.00 | $0.00 | $40.05 | 159523 | | | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($3.85) | $40.05 | 161470 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($3.85) | $40.05 | 161471 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($0.37) | $40.05 | 161476 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($0.37) | $40.05 | 161477 | | POSTAGE | |
| Pay-To | 9/23/2005 | ($10.00) | $0.00 | $0.00 | $30.05 | 161601 | | BLUDAMAN ENT | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.37) | $30.05 | 163923 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($1.06) | $30.05 | 163985 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.37) | $30.05 | 164099 | | POSTAGE | |

# Individual Statement

Date Printed: 3/21/2006

Page 2 of 2

## For Month of September 2005

Ending Mth Balance: $30.05

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($30.72)

# Individual Statement

## For Month of October 2005

Date Printed: 3/21/2006

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | |
|---|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | $30.05 | | |
| Current Location: | SU/1 | | Comments: QOL3 | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 10/4/2005 | ($12.36) | $0.00 | $0.00 | $17.69 | 165445 | | | |
| Legal | 10/5/2005 | $0.00 | $0.00 | ($4.00) | $17.69 | 166685 | | 9/05 | |
| Supplies-MailP | 10/6/2005 | ($4.75) | $0.00 | ($3.85) | $17.69 | 167710 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.60) | $0.00 | $0.00 | $12.94 | 167939 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.60) | $0.00 | $0.00 | $12.34 | 167942 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $11.74 | 167944 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $11.37 | 168083 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $11.00 | 168082 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($3.85) | $0.00 | $0.00 | $10.63 | 168317 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($3.85) | $0.00 | $0.00 | $6.78 | 168313 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $2.93 | 168314 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $2.56 | 168318 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $2.19 | 168353 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $1.82 | 168354 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($1.06) | $0.00 | $0.00 | $1.45 | 168433 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $0.39 | 168500 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.02) | $0.00 | $0.00 | $0.02 | 168554 | | POSTAGE | |
| Legal | 10/6/2005 | $0.00 | $0.00 | ($3.98) | $0.00 | 168595 | | 9/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($6.80) | $0.00 | 172289 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($6.80) | $0.00 | 172291 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($6.80) | $0.00 | 172293 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($5.85) | $0.00 | 172295 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($6.80) | $0.00 | 172296 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($6.80) | $0.00 | 172298 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($6.80) | $0.00 | 172300 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($2.67) | $0.00 | 172361 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($2.67) | $0.00 | 172362 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($4.75) | $0.00 | 172366 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 172401 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 172405 | | DST/POSTAGE | |

# Individual Statement

Date Printed: 3/21/2006

Page 2 of 2

## For Month of October 2005

M. LEWIS

| | | | | | | |
|---|---|---|---|---|---|---|
| Mail | 10/20/2005 | $50.00 | $0.00 | $0.00 | 174233 | 8981120507 |
| Medical | 10/21/2005 | $0.00 | ($4.00) | $0.00 | 174437 | 10/12/05 |
| Medical | 10/21/2005 | ($4.00) | $0.00 | $0.00 | 174572 | 10/12/05 |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | 176069 | POSTAGE |

Ending Mth Balance: $46.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($30.72)

Date Printed: 3/21/2006

# Individual Statement
## For Month of November 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $46.00 |
|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | | |
| Current Location: | SU/1 | | Comments: | QOL3 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($3.85) | $46.00 | 180623 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($3.85) | $46.00 | 180624 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($1.98) | $46.00 | 180625 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($1.98) | $46.00 | 180627 | | POSTAGE | |
| Legal | 11/8/2005 | $0.00 | $0.00 | ($8.00) | $46.00 | 181374 | | | |
| Supplies-MailP | 11/10/2005 | $0.00 | $0.00 | ($1.52) | $46.00 | 182812 | | | |
| Legal | 11/11/2005 | ($3.98) | $0.00 | $0.00 | $42.02 | 183265 | | 9/05 | |
| Supplies-MailP | 11/11/2005 | ($3.85) | $0.00 | $0.00 | $38.17 | 183350 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $37.80 | 183392 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($5.85) | $0.00 | $0.00 | $31.95 | 183538 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($6.80) | $0.00 | $0.00 | $25.15 | 183535 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($6.80) | $0.00 | $0.00 | $18.35 | 183537 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($6.80) | $0.00 | $0.00 | $11.55 | 183536 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($6.80) | $0.00 | $0.00 | $4.75 | 183539 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($4.75) | $0.00 | ($2.05) | $0.00 | 183540 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 186362 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 186364 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 186367 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 186368 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($3.85) | $0.00 | 186374 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($2.21) | $0.00 | 186405 | | | |
| Mail | 11/23/2005 | $60.00 | $0.00 | $0.00 | $60.00 | 187988 | 9253391725 | | M. LEWES |
| Canteen | 11/29/2005 | ($9.74) | $0.00 | $0.00 | $50.26 | 188864 | | | |

Ending Mth Balance: $50.26

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($30.72)

# Individual Statement

## For Month of December 2005

Date Printed: 3/21/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $50.26 | | |
|---|---|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | | | | |
| Current Location: | SU/1 | | Comments: | QOL3 | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 12/21/2005 | $50.00 | $0.00 | $0.00 | $100.26 | 197912 | 9299195062 | | M. LEWIS |
| Mail | 12/23/2005 | $25.00 | $0.00 | $0.00 | $125.26 | 198983 | 09253397744 | | C. CARR |
| Supplies-MailP | 12/23/2005 | $0.00 | $0.00 | ($3.31) | $125.26 | 199063 | | 12/12/05 | |
| Canteen | 12/27/2005 | ($12.13) | $0.00 | $0.00 | $113.13 | 199613 | | | |
| Legal | 12/29/2005 | $0.00 | $0.00 | ($10.00) | $113.13 | 200749 | | 12/2/2005 | |
| Supplies-MailP | 12/29/2005 | ($0.83) | $0.00 | $0.00 | $112.30 | 201762 | | | |
| Supplies-MailP | 12/29/2005 | ($0.83) | $0.00 | $0.00 | $111.47 | 201763 | | | |
| Supplies-MailP | 12/29/2005 | ($0.83) | $0.00 | $0.00 | $110.64 | 201764 | | | |
| Supplies-MailP | 12/29/2005 | ($0.83) | $0.00 | $0.00 | $109.81 | 201765 | | | |
| Supplies-MailP | 12/29/2005 | ($3.85) | $0.00 | $0.00 | $105.96 | 201766 | | | |
| Supplies-MailP | 12/29/2005 | ($2.21) | $0.00 | $0.00 | $103.75 | 201780 | | | |
| Supplies-MailP | 12/29/2005 | ($6.80) | $0.00 | $0.00 | $96.95 | 202009 | | DST/POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($2.05) | $0.00 | $0.00 | $94.90 | 202008 | | DST/POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($2.67) | $0.00 | $0.00 | $92.23 | 202022 | | DST/POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($4.75) | $0.00 | $0.00 | $87.48 | 202023 | | DST/POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($2.67) | $0.00 | $0.00 | $84.81 | 202021 | | DST/POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($0.37) | $0.00 | $0.00 | $84.44 | 202030 | | DST/POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($0.37) | $0.00 | $0.00 | $84.07 | 202031 | | DST/POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($1.52) | $0.00 | $0.00 | $82.55 | 202089 | | | |
| Supplies-MailP | 12/29/2005 | ($3.85) | $0.00 | $0.00 | $78.70 | 202114 | | POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($3.85) | $0.00 | $0.00 | $74.85 | 202115 | | POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($1.98) | $0.00 | $0.00 | $72.87 | 202116 | | POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($1.98) | $0.00 | $0.00 | $70.89 | 202117 | | POSTAGE | |
| Legal | 12/29/2005 | ($8.00) | $0.00 | $0.00 | $62.89 | 202120 | | | |
| Legal | 12/29/2005 | ($10.00) | $0.00 | $0.00 | $52.89 | 202166 | | 12/2/2005 | |
| Supplies-MailP | 12/29/2005 | ($3.31) | $0.00 | $0.00 | $49.58 | 202206 | | 12/12/05 | |

Ending Mth Balance: **$49.58**

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($30.72)

Date Printed: 3/21/2006

# Individual Statement
## For Month of January 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $49.58 | | |
|---|---|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | | | | |
| Current Location: | SU/1 | | Comments: | QOL3 | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($5.30) | $49.58 | 205293 | | 12/20/05 | |
| Canteen | 1/10/2006 | ($44.16) | $0.00 | $0.00 | $5.42 | 206280 | | | |
| Mail | 1/13/2006 | $35.00 | $0.00 | $0.00 | $40.42 | 207987 | 92991953845 | | M. LEWIS |
| Medical | 1/13/2006 | $6.00 | $0.00 | $0.00 | $46.42 | 208043 | | REFUND 8/9/05 | |
| Legal | 1/13/2006 | ($12.00) | $0.00 | ($12.00) | $46.42 | 208543 | | | |
| Legal | 1/13/2006 | ($5.30) | $0.00 | $0.00 | $34.42 | 208836 | | | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | $0.00 | $29.12 | 208950 | | 12/20/05 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.39) | $29.12 | 211637 | | 1/8/06 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.37) | $29.12 | 211683 | | 11/20/05 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($3.13) | $29.12 | 211702 | | 11/16/05 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($0.37) | $29.12 | 211703 | | 11/16/05 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($3.13) | $29.12 | 213979 | | 11/15/05 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($0.37) | $29.12 | 214033 | | 11/12/05 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($0.37) | $29.12 | 214413 | | 11/29/05 | |

Ending Mth Balance: $29.12

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($30.72)

# Individual Statement

## For Month of February 2006

Date Printed: 3/21/2006    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $29.12 |
|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | | |
| Current Location: | SU/1 | | | Comments: | QOL3 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 2/1/2006 | $50.00 | $0.00 | $0.00 | $79.12 | 216158 | 92991956196 | | M. LEWIS |
| Legal | 2/1/2006 | $0.00 | $0.00 | ($5.00) | $79.12 | 216218 | | 11/29/05 | |
| Supplies-MailP | 2/2/2006 | ($0.37) | $0.00 | $0.00 | $78.75 | 217630 | | 1/8/06 | |
| Supplies-MailP | 2/2/2006 | ($0.39) | $0.00 | $0.00 | $78.36 | 217733 | | 11/12/05 | |
| Supplies-MailP | 2/2/2006 | ($0.37) | $0.00 | $0.00 | $77.99 | 217807 | | 11/20/05 | |
| Supplies-MailP | 2/2/2006 | ($3.13) | $0.00 | $0.00 | $77.62 | 217922 | | 11/16/05 | |
| Supplies-MailP | 2/2/2006 | ($0.37) | $0.00 | $0.00 | $74.49 | 217934 | | 11/16/05 | |
| Supplies-MailP | 2/2/2006 | ($3.13) | $0.00 | $0.00 | $74.12 | 217935 | | 11/15/05 | |
| Legal | 2/2/2006 | ($5.00) | $0.00 | $0.00 | $70.99 | 217972 | | | |
| Canteen | 2/7/2006 | ($61.97) | $0.00 | $0.00 | $65.99 | 218137 | | | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.37) | $4.02 | 219342 | | 11/22/05 | |
| Mail | 2/13/2006 | $25.00 | $0.00 | $0.00 | $4.02 | 220577 | 9231391754 | | M. LEWIS |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.87) | $29.02 | 222163 | | 2/6/06 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($7.15) | $29.02 | 223558 | | 2/6/06 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.37) | $29.02 | 223563 | | 12/6/05 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.37) | $29.02 | 223595 | | 12/7/05 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.39) | $29.02 | 223620 | | 2/1/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($0.63) | $29.02 | 223892 | | 1/27/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($0.63) | $29.02 | 224127 | | 1/27/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($0.63) | $29.02 | 224130 | | 1/27/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($7.15) | $29.02 | 224131 | | 2/10/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($6.55) | $29.02 | 224679 | | 2/10/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($7.15) | $29.02 | 224680 | | 2/10/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($7.15) | $29.02 | 224681 | | | |

Ending Mth Balance: $29.02

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($30.72)