IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

    V.                                C.A. NO. 06-238 (GMS)

HELEN HANLON, ET AL.

## AUTHORIZATION FORM.

I THE PLAINTIFF JIMMIE LEWIS, SBI #506622, PRO-SE LITIGANT DO HEREBY GRANT THE DELAWARE CORRECTIONAL CENTER AND OR ANY OTHER FACILITY THAT I MAY CONFINED AT THE AUTHORITY TO WITHDRAW THE FILING FEE OF $350.00 AT THE RATE OF 20 PERCENT (20%) OF THE GREATER AVERAGE OF MONTHLY DEPOSIT IN MY TRUST FUND ACCOUNT FOR THE ABOVE CASE IN CAPTION.

**FILED**
MAY 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

DATE: 5/16/06

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

I/M JIMMIE LEWIS
SBI# 506622 UNIT B-U-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

C/O DR. PETER T. DALLEO (GMS)
CLERK OF THE COURT
U.S. DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILMINGTON, DELAWARE
19801