IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,

v.                                         CA. NO. 06-238 (GMS)

HELEN HANLON, ET AL,

## AMENDED COMPLAINT

COMES NOW, THE PLAINTIFF JIMMIE LEWIS-PRO-SE AND HEREBY SUBMITTS THE ACCOMPANING AMENDED COMPLAINTS TO REFLECT THE AMENDED PLEADINGS AS FOLLOWS:

1.) TO ADD JAMES EVANS AS AN DEFENDANT, IN PLACE OF THE DEFENDANT PREVIOUSLY NAMED MR JOHNSON AKA - JOHN DOE. (SEE PARAGRAPH NUMBER 6.)

2.) TO ADD DOCTORS NOTES AND OR PROGRESS NOTES FROM THE DELAWARE PSYCHIATRIC CENTER AS EXHIBITS.

FILED
AUG 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

SIGNED: Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

DATE: 8/10/06