IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-238-GMS |
| | ) |
| HELEN HANLON, DIANE | ) |
| STACHOWSKI, SYLVIA FOSTER, | ) |
| MARGRET WILSON, FLORENCE | ) |
| SCOTT COBBS, KATHRYN | ) |
| SHENEMAN, and BRIAN J. | ) |
| ROBERTSON, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff Jimmie Lewis, a prisoner incarcerated at the Delaware Correctional Center ("DCC"), filed his original complaint pursuant to 42 U.S.C. § 1983, on April 10, 2006 (D.I. 2);

WHEREAS, on August 9, 2006, the court issued a service order requiring the United States Marshal to serve the complaint upon receipt of USM-285 forms for the remaining defendants (D.I. 6);

WHEREAS, on August 16, 2006, the plaintiff filed an amended complaint identified John Doe in paragraph 6, included doctors' notes and/or progress notes, and provided copies for service upon the defendants (D.I. 8);

WHEREAS, ["a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served", Fed. R. Civ. P. 15(a);

WHEREAS, the plaintiff has provided the USM-285 forms required for service;

THEREFORE, at Wilmington this __5th__ day of December, 2006, IT IS ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2. This order shall supplement the court's service order (D.I. 6) dated August 9, 2006.

3. The United States Marshal shall forthwith serve a copy of the complaint (D.I. 2), the amended complaint (D.I. 8), the August 9, 2006 order (D.I. 6), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon defendant(s) identified in plaintiff's 285 forms.

_____
UNITED STATES DISTRICT JUDGE