IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-238-GMS |
| | ) |
| HELEN HANLON, DIANE STACHOWSKI, MARGRET WILSON, FLORENCE SCOTT COBBS, KATHRYN SHENEMAN, and JAMES EVANS, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, Jimmie Lewis, a prisoner incarcerated at the Delaware Correctional Center, submitted USM-285 forms for all defendants on August 17, 2006;

WHEREAS, due to an administrative error, the plaintiff is required to resubmit USM-285 forms for all the defendants, as well as for the Attorney General for the State of Delaware, so that service may be effected;

THEREFORE, at Wilmington this 4th day of June, 2007, IT IS ORDERED that:

1. The clerk of the court shall cause a copy of this order and seven USM-285 forms to be mailed to plaintiff.

2. The plaintiff shall resubmit USM-285 forms for all the defendants, as well as for the Attorney General for the State of Delaware, no later than **June 22, 2007**.

UNITED STATES DISTRICT JUDGE



FILED

JUN - 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE