OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 5, 2007

TO:  Jimmie Lewis
     SBI#506622
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

**RE:  Order Dated 6/4/07(DI 10); 06-238(GMS)**

Dear Mr. Lewis

     Enclosed please find the Order dated 6/4/07 requiring you to resubmit the USM 285 forms for all defendants as well as for the Attorney General of the State of Delaware. Also, seven blank USM 285 forms have been enclosed as a courtesy.

     I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                              Sincerely,

/ead                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Gregory M. Sleet
enc: 7 USM 285 forms, Order (DI 10)