




First Class Mail

Not in system 2-31

Jimmie Lewis
SBI# 506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

FILED
JUN 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



