OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 6, 2007

TO: Jimmie Lewis
SBI#506622
Delaware Psych Center
Mitchell Building
1901 N. Dupont Hwy
New Castle, DE 19720

**RE: U.S. Marshal 285 Forms**
*Civ. No.* 06-238(GMS)

Dear Mr. Lewis:

Per the phone conversation on 8/6/07, seven blank USM 285 forms are being mailed to you as a courtesy. Please submit the forms by 8/20/07 to the Clerk's Office.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet
Pro Se Law Clerk
enc: 7 USM Forms