OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

August 21, 2007

TO: Jimmie Lewis  
SBI#506622  
Delaware Psych Center  
Mitchell Building  
1901 N. Dupont Hwy  
New Castle, DE 19720

**RE: U.S. Marshal 285 Forms**  
*Civ. No.* 06-238(GMS)

Dear Mr. Lewis:

Please be advised that this office has processed all the required U.S. Marshal 285 forms in the above referenced case.

Your complaint and amended complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead                              PETER T. DALLEO  
                                  CLERK

cc: The Honorable Gregory M. Sleet  
    U.S. Marshal  
    Pro Se Law Clerk