IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                                          CA. NO. 06-238 GMS

MARGRET WILSON, ET AL

To the Clerk of the Court.
Please send me a letter of
confirmation to inform me that
the court has indeed received
the U.S.M 285 forms, due to
my trying to send the forms to
no avail. I tried but the forms
were not mailed.

Jimmie Lewis
Del. Psych Center
1901 N. Dupont Hwy
New Castle, Del 19720

Jimmie Lewis
Del Psych Center
Mitchell Building
1901 N. Dupont Hwy
New Castle, Del 19720



Clerk of the Court (GMS)
844 N. King St, Lockbox 18
Wilmington, Delaware 19801

N 2101