

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

19899@0018

RTS

DPC

NIXIE         197    5C    1

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 19899001818        *1827-04703-31-17

RECEIVED
SEP - 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

25    09/04/07

Delaware Correctional

RECEIVED
AUG 2 8 2007

U.S.M.S
X-RA

# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 21, 2007

TO:   Jimmie Lewis
      SBI#506622
      Delaware Psych Center
      Mitchell Building
      1901 N. Dupont Hwy
      New Castle, DE 19720

      **RE:   U.S. Marshal 285 Forms**
             *Civ. No. 06-238(GMS)*

Dear Mr. Lewis:

Please be advised that this office has processed all the required U.S. Marshal 285 forms in the above referenced case.

Your complaint and amended complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc:   The Honorable Gregory M. Sleet
      U.S. Marshal
      Pro Se Law Clerk


RECEIVED SEP - 4 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE