# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: JIMMIE LEWIS | COURT CASE NUMBER: 06-238 GMS |
| DEFENDANT: DIANE STACHOWSKI | TYPE OF PROCESS: O/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: DIANE STACHOWSKI, DEL PSYCH CENTER

**AT** ADDRESS: 1901 N. DUPONT HWY, NEW CASTLE, DEL 19720

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JIMMIE LEWIS
MITCHELL BUILDING
1901 N. DUPONT HWY
NEW CASTLE, DEL 19720

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 6
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

SUSAN W. ROBINSON IS THE DIRECTOR OF THE DEL PSYCH CENTER, DIANE STACHOWSKI'S BOSS (INFORMA PAUPERIS)

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
Signature: Jimmie Lewis
Telephone Number: N/A
Date: 7/12/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 8-23-07

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 1/29/08

Signature of U.S. Marshal or Deputy: [signature]

**REMARKS:** Resigned a few years ago. Return Unexecuted

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)