IN THE UNITED STATES DISTRICT COURT OF DELAWARE
IN AND FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

vs.                    CA NO. 06-238 (GMS)

HELEN HANLON, ET AL.


REQUEST TO BE INFORMED
OF DISPOSITION OF CASE


DATE: FEB 20, 08

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

IM Jimmie Lewis
SBI# 506620 UNIT Alte s/4u 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (jms)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801