OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 25, 2008

TO:

**Jimmie Lewis**
SBI#506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE:    *Status of Case*
       *CA 04-1350 GMS*
       *CA 06-238 GMS*

Dear Mr. Lewis:

This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Gregory M. Sleet and is pending before the Court. You will be advised by the Court as to further developments in your case.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/rwc

PETER T. DALLEO
CLERK

cc:  The Honorable Gregory M. Sleet
enc: Docket Sheet