IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.    CA NO. 05-238 (GMS)

HELEN HANLON, ET AL.



RE: INFORMA PAUPERIS REQUEST
FOR COPY OF DOCKET SHEET, AND
IN SUPPORT THEREOF ASSERTS:

1.) THE PLAINTIFF HAS ALREADY BEEN GRANTED LEAVE BY THIS HONORABLE COURT TO PROCEED PRO SE INFORMA PAUPERIS.

2.) THE PLAINTIFF HAS NOT BEEN ABLE TO PROCEED WITHOUT A UPDATED COPY OF THE DOCKET SHEET.

3.) THE DOCKET SHEET IS NEEDED TO EXPEDITE THIS CASE.

DATE: 5/26/08

CC: Jimmie Lewis
SBI# 506622
D.C.C
1181 PADDOCK RD
SMYRNA, DE 19977

IM JIMMIE LEWIS
SBI# 506622 UNIT SHU17, QU11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (GMS)
U.S. DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801