May 30, 2008

**Jimmie Lewis**
SBI#506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:  Request for Docket Sheets**
        **CA No.: 04-1350 JJF**
        **CA No.: 06-238 GMS**

Dear Mr. Lewis:

    The Clerk's office is in receipt of your letters requesting docket sheets in the above-referenced civil actions.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies **(including docket sheets)** is fifty ($.50) cents per page.  **Should you require copies in the future, please be aware of this fee requirement.**

    The docket sheet for CA 04-1350 is <u>33 pages</u> in length and the docket sheet for CA 06-238 is <u>5 pages</u> in length.  The total page count for the requested items is <u>38 pages</u>.  Informa Pauperis status does not apply to copywork.  The cost of this request is **$19.00**. Prepayment should be sent with your request, check, or money order payable to <u>Clerk, U.S. District Court</u>.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                Sincerely,

/rc                                      PETER T. DALLEO
                                       CLERK

cc:  The Honorable Gregory M. Sleet