IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-238 GMS |
| ) | |
| HANLON, et al ) | |
| ) | |
| Defendants. ) | |

## ORDER

WHEREAS, on April 10, 2006, the plaintiff filed a complaint against the above-captioned defendants;

WHEREAS, on January 29, 2008, USM 285 forms were returned executed as to the defendants Florence Scott Cobbs and Diane Stachowski (D.I. Nos. 23 and 24);

WHEREAS, answers to the complaint were due on February 19, 2008;

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendants;

IT IS HEREBY ORDERED that:

The defendants will answer or otherwise respond to the complaint within ten (10) days of the date of this Order.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

September ___4___, 2008

FILED
SEP - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE